UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Yeferson Gonzalez Contreras,

             Petitioner,         **ORDER DISMISSING PETITION**
                                                    **WITHOUT PREJUDICE**
     v.                             Civil No. 25-04325-MJD-LIB

Samuel L. Olson, Kristi Noem, Todd
Lyons, Pam Bondi, and Sheriff Joel Brott,

             Respondents.

_____

Gloria Leticia Contreras Edin and Evan Grant Brown, Contreras Edin Law, Counsel for Petitioner.

Friedrich A. P. Siekert and Ana H. Voss, United States Attorney's Office, Counsel for Respondents.

_____

This case came before the Court on the parties' Joint Status Report after Immigration Court proceedings pursuant to this Court's Order dated November 21, 2025 (Doc. 17). The Court has reviewed the parties' Joint Status Report filed December 21, 2025 (Doc. 18) and now enters the following Order.

Based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1.     The parties have satisfied the requirements of the Order dated November 21, 2025 and therefore that **Order [Doc. 17] is dissolved, except as noted herein**;

2. The underlying habeas petition **[Doc. 1]** is hereby **DISMISSED without prejudice**;

3. If Petitioner wishes to file a new petition for a writ of habeas corpus challenging the Immigration Court's Order dated December 8, 2025, Petitioner shall file a new petition;

4. In the event Petitioner files a new habeas petition, the Clerk of Court is directed to assign that new case to the undersigned as a case related to this case;

5. In the event Petitioner files a new habeas petition, the Court will issue an Order to Show Cause allowing Respondents 21 days to respond to the Order to show cause and giving Petitioner 7 days to file any reply memorandum in support of the new petition. If necessary, the Court will hold a scheduling conference to finalize the briefing schedule and to determine a date for the hearing on that new petition;

6. Respondents shall not move Petitioner out of the District of Minnesota until January 16, 2026. In the event of an unforeseen circumstance or contingency, and with 72 hours' notice, Respondents may apply to the Court for permission to amend or dissolve this Order or for any extension thereof; and

7. The Court shall retain jurisdiction over this case and any new petition that Petitioner may file.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 29, 2025

s/Michael J. Davis
Michael J. Davis
United States District Court
