# UNITED STATES DISTRICT COURT
## District of Minnesota

### JUDGMENT IN A CIVIL CASE

Yeferson Gonzalez Contreras,

      Petitioner(s),

v.              Case Number: 25-cv-4325 MJD/LIB

Samuel L. Olson, Kristi Noem, Todd Lyons, Pam Bondi and Joel Brott,

      Respondent(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The parties have satisfied the requirements of the Order dated November 21, 2025 and therefore that **Order [Doc. 17] is dissolved, except as noted herein**;

2. The underlying habeas petition **[Doc. 1]** is hereby **DISMISSED without prejudice**;

3. If Petitioner wishes to file a new petition for a writ of habeas corpus challenging the Immigration Court's Order dated December 8, 2025, Petitioner shall file a new petition;

4. In the event Petitioner files a new habeas petition, the Clerk of Court is directed to assign that new case to the undersigned as a case related to this case;

5. In the event Petitioner files a new habeas petition, the Court will issue an Order to Show Cause allowing Respondents 21 days to respond to the Order to show cause and giving Petitioner 7 days to file any reply memorandum in support of the new petition. If necessary, the Court will hold a scheduling conference to finalize the briefing schedule and to determine a date for the hearing on that new petition;

6. Respondents shall not move Petitioner out of the District of Minnesota until January 16, 2026. In the event of an unforeseen circumstance or contingency, and with 72 hours' notice, Respondents may apply to the Court for permission to amend or dissolve this Order or for any extension thereof; and

7. The Court shall retain jurisdiction over this case and any new petition that Petitioner may file.

Date: 12/29/2025                 KATE M. FOGARTY, CLERK